# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **THOMAS GADDIS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-873-AMM-SGC |
| | ) |
| **JIMMY KILGORE,** *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

On November 19, 2024, the magistrate judge entered a report recommending the claims presented in this petition for writ of habeas corpus be dismissed as unexhausted. Doc. 10. Pursuant to Rule 11 of the *Rules Governing 2254 Proceedings*, the magistrate judge further recommended denial of a certificate of appealability. *Id.* at 4. Although the report and recommendation advised the petitioner of his right to object, no objections have been filed; the deadline to object has expired.

After careful consideration of the record in this case, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Consistent with that recommendation, the claims presented in this matter will be dismissed as unexhausted; a certificate of appealability will be denied. A separate order will be entered.

Finally, although Mr. Gaddis has not updated his address with the court, it appears he has been transferred to Staton Correctional Center. Accordingly, the Clerk of Court is **DIRECTED** to mail copies of this memorandum opinion and the accompanying final judgment to Mr. Gaddis at his address of record and at:

Staton Correctional Center
2690 Marion Spillway Road
Elmore, AL 36025.

**DONE** and **ORDERED** this 2nd day of January, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE